UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BNSF RAILWAY COMPANY,<br><br>    Plaintiff,<br><br>UNION PACIFIC RAILROAD COMPANY, and PORT OF BENTON,<br><br>    Plaintiff-Intervenors,<br><br>    v.<br><br>TRI-CITY & OLYMPIA RAILROAD COMPANY LLC,<br><br>    Defendant. | NO. CV-09-5062-EFS<br><br>**ORDER GRANTING THE PARTIES' STIPULATED MOTION TO DISMISS PLAINTIFF BNSF RAILWAY COMPANY'S CLAIM FOR DAMAGES AGAINST DEFENDANT TRI-CITY RAILROAD COMPANY** |

    Before the Court, without oral argument, is the parties' Stipulated Motion to Dismiss Plaintiff BNSF Railway Company's Claim for Damages Against Defendant Tri-City Railroad Company, ECF No. 242. The parties agree that BNSF's damages claim asserted in Paragraph C of the Complaint's prayer for relief, ECF No. 1 at 18 ¶ C, may be dismissed without prejudice and without attorneys' fees or costs to either party. Based on this stipulation, **IT IS HEREBY ORDERED**:

    1. The parties' Stipulated Motion to Dismiss Plaintiff BNSF Railway Company's Claim for Damages Against Defendant Tri-City Railroad Company, **ECF No. 242**, is **GRANTED**.

ORDER * 1

2. BNSF's damages claim asserted in Paragraph C of the Complaint's prayer for relief, ECF No. 1 at 18 ¶ C, is dismissed without prejudice and without attorneys' fees or costs to either party.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to counsel.

**DATED** this ___6th___ day of June 2011.

                                S/ Edward F. Shea
                                  EDWARD F. SHEA
                         United States District Judge

Q:\Civil\2009\5062.Partial Stip.Dismissal.wpd

ORDER * 2