AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

BNSF RAILWAY COMPANY,

                                    Plaintiff,

UNION PACIFIC RAILROAD COMPANY, and PORT
OF BENTON,

                        Plaintiff-Intervenors,

                 v.

TRI-CITY & OLYMPIA RAILROAD COMPANY LLC,

                        Defendant.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-5062-EFS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs with prejudice pursuant to the Order Adopting Comprehensive Operating Plan, Entering Judgment, and Closing File entered on February 14, 2012, Ct. Rec. 343.

February 14, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas